JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SPANO, | Case No. CV 11-797 DSF (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LITTON LOAN SERVICING, L.P., et al. | |
| Defendants. | |

The Court having previously granted Litton Loan Servicing LP and Mortgage Electronic Registration Systems, Inc.'s motion to dismiss, the Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution as to the other Defendants, and Plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice as to Litton Loan Servicing LP and Mortgage Electronic Registration Systems, Inc. and without prejudice as to the other Defendants, and that

Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: July 25, 2011

*Dale S. Fischer*
DALE S. FISCHER
United States District Judge